■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM R. SOWELL, Appellant. [948 NYS2d 918]—Appeal from a judgment of the County Court of Broome County (Cawley, J.), rendered February 9, 2011, convicting defendant upon his plea

of guilty of the crime of attempted burglary in the second degree.

In satisfaction of a two-count indictment, defendant pleaded guilty to one count of attempted burglary in the second degree. Pursuant to the terms of the negotiated plea, defendant thereafter was sentenced as a second felony offender to a prison term of three years followed by five years of postrelease supervision. He now appeals.

Appellate counsel seeks to be relieved of her assignment of representing defendant upon the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, counsel's brief and defendant's pro se submission, we agree. Therefore, the judgment is affirmed and counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Lahtinen, J.P., Spain, McCarthy, Garry and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.